UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11CR5939-DMS |
| Plaintiff, | ) | |
| | ) | JUDGMENT AND ORDER OF |
| v. | ) | DISMISSAL OF INDICTMENT |
| OMAR ESPARAZA JIMENEZ, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED:  March 8, 2013

_____
HON. DANA M. SABRAW
United States District Judge